**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Case No. 10-20705

ALI DARWICH,

       Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO CHANGE VENUE**

Before the court is Defendant Ali Darwich's motion to change venue, filed on

October 12, 2011.  In his motion, Defendant requests that the court somehow "change

venue," or disqualify the assigned assistant United States Attorney and the federal

agent who has been investigating this matter.  Defendant once again asserts his wild

conspiratorial allegations and once again takes issue with previous orders and rulings of

the court.  He has presented no basis to seek reconsideration of these rulings, nor has

he articulated any cogent, legal basis on which to grant the extraordinary relief he seeks

in his motion.  Accordingly,

IT IS ORDERED that Defendant's October 12, 2011 motion to change venue

[Dkt. # 295] is DENIED.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522