**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 10-20705

ALI DARWICH,

    Defendant.
                                                /

**ORDER DENYING DEFENDANT'S MOTION FOR ORDER REQUIRING THAT CO-DEFENDANT FATIMA TOUFAILI BE TRANSPORTED TO HOSPITAL**

On December 28, 2011, Defendant Ali Darwich filed a document which has been docketed as a "Motion for Order." The motion is largely incomprehensible, but it appears to request that the court issue an order requiring that his co-defendant, Fatima Toufaili, be transported from jail to the hospital for some sort of treatment. Defendant cites no legal basis for this request, and has no standing or authority to bring motions on behalf of Defendant Toufaili, who has her own attorney. Accordingly,

IT IS ORDERED that Defendant's motion for order [Dkt. # 351] is DENIED.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2012, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522