**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 10-20705

ALI DARWICH, et al.,

    Defendants.
_____/

**ORDER ADJOURNING WITHOUT DATE**
**FINAL PRETRIAL CONFERENCE AND PLEA CUTOFF**

In accordance with the court's November 22, 2011 "Scheduling Order," the final pretrial conference in this matter is currently set for February 2, 2012. On January 23, 2012, Defendant Ashak Ashaq filed numerous motions. Having reviewed the motions, the court concludes that they must be resolved prior to the final pretrial conference and plea cutoff. Accordingly,

IT IS ORDERED that the final pretrial conference and plea cutoff currently set for February 2, 2012, at 2:00 p.m. is ADJOURNED pending further order(s) of the court resolving Defendant Ashaq's motions.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 1, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 1, 2012, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522