# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO PRODUCE

On January 11, 2012, pro se Defendant Ali Darwich filed a "Motion to [Produce] All the Camera Inspection for the Limited Immunity Statement . . ."  While difficult to decipher, the motion appears to be some kind of challenge to the court's April 7, 2011 order denying his motion to dismiss based on a purported immunity agreement. Defendant seems to be requesting that the court review some kind of evidence in an in camera inspection in order to allegedly prove that the Government has falsified evidence.  Such outrageous claims have been made by Defendant in the past, and have been repeatedly denied as fantastical.  Moreover, to the extent he seeks reconsideration of the court's April 7, 2011 ruling, his motion is untimely and, in any event, without merit.  Though he has persistently attempted to challenge the April 7, 2011 order, he has also consistently failed to identify a palpable defect by which the court was misled in denying his motion to dismiss.  *See* E.D. Mich. LCrR 12.1(a) (providing that criminal motions are governed by Local Rule 7.1); *see also* E.D. Mich. LR 7.1(h).

A motion for reconsideration that presents "the same issues ruled upon by the court, either expressly or by reasonable implication," will not be granted. E.D. Mich. LR 7.1(h)(3); *Czajkowski v. Tindall & Assocs., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). As Defendant is seeking to reargue issues that have already been resolved,

IT IS ORDERED that the Defendant's "Motion to [Produce] All the Camera Inspection for the Limited Immunity Statement . . ." [Dkt. # 360] is DENIED.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 21, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522