UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CRIMINAL NO. 10-20705

    Plaintiff,

          HONORABLE ROBERT H. CLELAND

- vs-

D-3    RABIH ALI,

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

On April 5, 2011, a Second Superseding Indictment was filed against defendant Rabih Ali, and others, charging violations of 18 U.S.C. § 1343 (Wire Fraud). On April 21, 2011, defendant Rabih Ali entered into a Rule 11 Plea Agreement and agreed to the entry of a forfeiture money judgment against him pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461 and Fed.R.Crim.P.32.2(b), in favor of the United States, in the amount of $140,000 in U.S. Currency, as property constituting proceeds of defendant's 18 U.S.C. § 1343 violation.

Pursuant to Fed.R.Crim.P. 32.2, and as the result of the guilty plea by defendant Rabih Ali to Count One of the Second Superseding Indictment,

IT IS HEREBY ORDERED AND ADJUDGED THAT a money judgment in the amount of $140,000 in U.S. Currency is granted and entered against defendant Rabih Ali, in favor of the United States of America, as such amount represents proceeds obtained from defendant's violation of 18 U.S.C. § 1343;

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2, this Preliminary Order of Forfeiture shall become final at the time defendant is sentenced, and shall be made part of

defendant's sentence and included in the judgment. The entry of this Preliminary Order of Forfeiture shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED**.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 24, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522