UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  CRIMINAL NO. 10-CR-20705

          Plaintiff,  HONORABLE ROBERT H. CLELAND

   v.

D-4    ALI DARWICH,
       aka "Abdullah Derbas,",

          Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed.R.Crim.P. 32.2, and as the result of the guilty verdict rendered by the jury on or about December 13, 2012 against defendant ALI DARWICH as to Counts One through Twelve (Wire Fraud), Thirteen through Eighteen (Mail Fraud), Twenty through Twenty-Three (Mail Fraud), Twenty-Five through Twenty-Seven (Mail Fraud), Twenty-Eight through Thirty-Four (Use of Fire to Commit a Felony), and Count Thirty-Five (Conspiracy to Commit Money Laundering) of the Fourth Superseding Indictment,

IT IS HEREBY ORDERED AND ADJUDGED that a money judgment in an amount to be determined by this Court is granted and entered against Defendant ALI DARWICH in favor of the United States of America.

IT IS FURTHER ORDERED that this Preliminary Order of Forfeiture will be amended under Fed.R.Crim.P. 32.2(e)(1) when the amount of the money judgment has been determined by the Court.

IT IS FURTHER ORDERED that the money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant ALI DARWICH. To satisfy the money judgment, any assets that Defendant ALI DARWICH has now, or may later acquire may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2, once this Preliminary Order of Forfeiture is amended under Rule 32.2(e)(1), when the amount of the money judgment has been determined by the Court, it shall become the Final Order of Forfeiture at the time of Defendant's sentencing and shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

**IT IS SO ORDERED.**

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 22, 2013, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522