# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               Case No. 10-CR-20705

ALI DARWICH D-4,

    Defendant.
_____/

## ORDER STRIKING PRO SE MOTIONS

Before the court are two motions filed pro se by Ali Hussein Darwich: a "Motion to Dismiss the Indictment" and a "Motion to Vacate and Remand." The court will strike the motions because, at the time of the filings, Defendant was represented by counsel. Thus, as the court has instructed Defendant before, all filings must be made by the attorney of record. Accordingly,

IT IS ORDERED that Defendant Darwich's "Motion to Dismiss the Indictment" and a "Motion to Vacate and Remand." [Dkt. ## 600, 603] are hereby STRICKEN from the docket of this court.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2013, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522