**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 10-CR-20705

ALI DARWICH D-4,

    Defendant.
_____/

## ORDER STRIKING PRO SE MOTION

Before the court is a motion filed pro se by Ali Hussein Darwich on March 29, 2013. The court will strike the motion because, at the time of the filing, Defendant was represented by counsel. Thus, as the court has instructed Defendant before, all filings must be made by the attorney of record. Accordingly,

IT IS ORDERED that Defendant Darwich's "Motion and Brief for Objection to the Government's Application for Entry of Preliminary Order of Forfeiture" [Dkt. # 624] is hereby STRICKEN from the docket of this court.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: May 16, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 16, 2013, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522